UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| TERRY EDMONSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 6:16-cv-00181-GFVT-HAI |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| AMTRUST NORTH AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The Plaintiff and Defendant have filed an Agreed Order of Dismissal with the Court. [R. 26.] Accordingly, it is hereby **ORDERED** as follows:

The claims against all Defendants are **DISMISSED WITH PREJUDICE** as settled, with parties to pay their own costs and fees and all pre-trial and trial dates are **CANCELLED**.

This the 4th day of October, 2017.

Gregory F. Van Tatenhove
United States District Judge